**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br>Organic Power, LLC.,<br>Debtor.<br>_____ | Bankr. Case No.: 19-01789(ESL)<br><br>Chapter 11 |
| ORGANIC POWER, LLC.<br>Plaintiff<br><br>v.<br><br>The U.S. Small Business Administration and Jovita Corranza, solely as the Administrator of the U.S. Small Business Administration,<br><br>Defendant | Adv. Proceeding. No.20-00055 |

**MOTION TO INFORM**

**TO THE HONORABLE COURT:**

   **COME NOW,** Plaintiff, Organic Power, LLC ("OP") through the undersigned counsel very respectfully avers and prays as follows:

   1. The present Adversary Complaint was filed on April 27th, 2020. *Dkt.1*, Case 20-00055.

   2. On April 28th, 2020, a TRO hearing was scheduled for May 6th, 2020. Dkt.10.

   3. An order granting the TRO was entered on May 8th, 2020.

Dkt.29.

4. That on 18th day of May 2020, Banco Popular of Puerto Rico ("BPPR") granted the "loan" request for PPP to OP.

5. That BPPR granted OP the amount of $129,500.00 as part of a PPP "loan".

6. Therefore, Plaintiff requests that this Honorable Court take note of the above, and accept this Informative Motion.

WHEREFORE, it is respectfully requested from this Honorable Court to take note of the above, and accept this Informative Motion.

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I filed the foregoing through the CM/ECF System which will give notice of this filing all parties in interest.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of May of 2020.

By: /s/ *Rafael A. Gonzalez Valiente*
USDC NO. 225209
Counsel for Multinational Insurance
Company & Benitez Insurance Company
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR  00902-4176
Telephone:  787-726-0077
*rgv@g-glawpr.com*