

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed May 21, 2020**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JACK COUNTY HOSPITAL DISTRICT D/B/A, FAITH COMMUNITY HEALTH SYSTEM | § § § | CASE NO. 20-40858-mxm |
| DEBTOR. | § § § | CHAPTER 9 |
| | § | |
| JACK COUNTY HOSPITAL DISTRICT D/B/A, FAITH COMMUNITY HEALTH SYSTEM, | § § § § | |
| PLAINTIFF, | § § | |
| v. | § § | ADVERSARY NO. 20-4035-mxm |
| THE U.S. SMALL BUSINESS ADMINISTRATION AND JOVITA CARRANZA, IN HER CAPACITY AS ADMINISTRATOR FOR THE U.S. SMALL BUSINESS ADMINISTRATION | § § § § § | |
| DEFENDANTS. | § § | |

## ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

*[Relates to Adv. ECF No. 4]*

On May 20, 2020, the Court held a hearing on the *Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Brief in Support* (the "**Motion**")[1] filed by Jack County Hospital District d/b/a Faith Community Health System.

On May 21, 2020, pursuant to Federal Civil Rule 52, made applicable in bankruptcy proceedings by Bankruptcy Rule 7052, the Court stated on the record its findings of fact and conclusions of law. For the reasons set forth by the Court in its oral ruling, the Court finds and concludes that the Motion should be denied. It is, therefore

**ORDERED** that the Motion is **DENIED**.

### END OF ORDER ###

---

[1] Adv. ECF No. 4.

United States Bankruptcy Court
Northern District of Texas

Jack County Hospital District,
    Plaintiff                                                                    Adv. Proc. No. 20-04035-mxm

The U.S. Small Business Administration,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-4         User: swhitaker         Page 1 of 1                Date Rcvd: May 21, 2020
                          Form ID: pdf001      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.
ust         +Cheryl Wilcoxson,   US Trustee,   1100 Commerce St.,   Ste. 976,   Dallas, TX 75242-0996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov May 21 2020 23:50:25     US Trustee,
              Office of the US Trustee,   515 Rusk Ave,   Ste 3516,   Houston, TX 77002-2604
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov May 21 2020 23:50:24     US Trustee,
              Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
ust         +E-mail/Text: ustpregion06.da.ecf@usdoj.gov May 21 2020 23:50:24     United States Trustee,
              1100 Commerce Street,   Room 976,   Dallas, TX 75242-0996
                                                                                       TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Sandra Nixon,   U.S. Trustee
ust*         mario zavala
ust*        +US Trustee,   Office of the U.S. Trustee,   110 N. College Ave.,   Suite 300,
              Tyler, TX 75702-7231
                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:
        Dominique Sinesi   on behalf of Defendant   Jovita Carranza, in Her Capacity as Administrator
        for The U.S. Small Business Administration dominique.sinesi@usdoj.gov
        Dominique Sinesi   on behalf of Defendant   The U.S. Small Business Administration
        dominique.sinesi@usdoj.gov
        J. Robert Forshey   on behalf of Plaintiff   Jack County Hospital District
        bforshey@forsheyprostok.com,
        calendar@forsheyprostok.com;jgonzalez@forsheyprostok.com;lbreedlove@forsheyprostok.com
                                                                                                             TOTAL: 3