

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 18, 2020**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: INLAND FAMILY PRACTICE CENTER, LLC** | **CASE NO. 19-50020-KMS** |
| **DEBTOR** | **CHAPTER 11** |
| | |
| **INLAND FAMILY PRACTICE CENTER, LCC** | **PLAINTIFF** |
| **V.** | **ADV. PROC. NO. 20-06016-KMS** |
| **THE U.S. SMALL BUSINESS ADMINISTRATION** **and JOVITA CORRANZA, solely as the Administrator of the United States Small Business Administration** | **DEFENDANTS** |

### ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

**THIS MATTER** came on for hearing on May 15, 2020, on the Motion for Temporary Restraining Order and Request for Hearing Date and Briefing Schedules with Respect to the Plaintiff's Request for a Preliminary Injunction (Dkt. No. 3) filed by Inland Family Practice Center, LLC, the debtor-in-possession in the above-captioned Chapter 11 case, and the United States' Opposition to Plaintiff's Motion for Temporary Restraining Order (Dkt. No. 10). Having considered the motion and opposition, arguments and testimony at the hearing, and applicable law, the Court finds that the Motion for Temporary Restraining Order should be denied for reasons stated on the record at the hearing.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Temporary Restraining Order is **DENIED**.

*##END OF ORDER##*