**SO ORDERED.**

**SIGNED May 20, 2020.**

_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **In Re:** ) | |
| **J-H-J, Inc., et al** ) | Case No. 19-51367 |
| ) | |
| ) | **Chapter 11** |
| **Debtors.** ) | |

_____

| | |
|---|---|
| **J-H-J, Inc., Lafayette Piggly Wiggly, LLC,** ) | Adversary No. 20-05014 |
| **T.H.G. Enterprises, LLC,** ) | |
| **SVFoods Old Hammond, LLC,** ) | |
| **SVFoods Jefferson, LLC,** ) | |
| **T&S Markets, LLC, TSD Markets, LLC,** ) | |
| **Baker Piggly Wiggly, LLC, and** ) | |
| **BR Pig, LLC,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JOVITA CARRANZA, in her capacity** ) | |
| **as Administrator for the United States** ) | |
| **Small Business Administration** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER DENYING APPLICATION FOR PRELIMINARY INJUNCTION

THIS MATTER HAVING COME BEFORE THE COURT for hearing on May 12, 2020, upon the Application for Preliminary Injunction (Dkt. 6) filed by J-H-J, Inc., Lafayette Piggly Wiggly, LLC, T.H.G. Enterprises, LLC, SVFoods Old Hammond, LLC, SVFoods Jefferson, LLC, T&S Markets, LLC, TSD Markets, LLC, Baker Piggly Wiggly, LLC, and BR Pig, LLC (collectively "Plaintiffs") and the United States' Opposition to Plaintiffs' Application for a Preliminary Injunction (Dkt. 14) filed by the United States of America on behalf of Jovita Carranza, in her capacity as Administrator for the U.S. Small Business Administration ("Defendant"), and for the reasons stated on the record of this case;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Application for Preliminary Injunction is DENIED.

###

| PREPARED AND SUBMITTED BY: | APPROVED AS TO FORM BY: |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division | The Steffes Firm, LLC<br>William E. Steffes (#12426)<br>Barbara B. Parsons (#28714)<br>13702 Coursey Boulevard, Bldg. 3 |
| DAVID C. JOSEPH<br>United States Attorney<br>Jerry Edwards (#30242)<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101-3068<br>(318) 676-3614 // Fax: (318) 676-3642 | Baton Rouge, Louisiana 70817<br>Telephone: (225) 751-1751<br>Fax: (225) 751-1998<br>bsteffes@steffeslaw.com<br>bparsons@steffeslaw.com |
| Dominique V. Sinesi<br>Trial Attorney, Commercial Litigation Branch<br>Civil Division, U.S. Department of Justice<br>P.O. Box 875, Ben Franklin Station<br>Washington D.C. 20044<br>(202) 514-9063 // Fax: (202) 514-9163<br>Email: Dominique.Sinesi@usdoj.gov | |

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–4 | User: lchamp | Date Created: 5/20/2020 |
| Case: 20–05014 | Form ID: pdf6 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla     THG Enterprises, LLC
pla     T&S Markets
crcm    Official Unsecured Creditors Committee
dft     United States of America, Small Business Administration

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
aty     Barbara B. Parsons     bparsons@steffeslaw.com
aty     Cherie D. Nobles     cnobles@hellerdraper.com
aty     Jerry Edwards     jerry.edwards@usdoj.gov
aty     Tristan E. Manthey     tmanthey@hellerdraper.com
aty     William E. Steffes     bsteffes@steffeslaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     J–H–J, Inc.     5910 Airline Highway     Baton Rouge, LA 70805
pla     Lafayette Piggly Wiggly, L.L.C.     5910 Airline Highway     Baton Rouge, LA 70805
pla     SVFoods Old Hammond, LLC     5910 Airline Highway     Baton Rouge, LA 70805
pla     SVFoods Jefferson, LLC     5910 Airline Highway     Baton Rouge, LA 70805
pla     TSD Markets, LLC     5910 Airline Highway     Baton Rouge, LA 70805
pla     Baker Piggly Wiggly, LLC     5910 Airline Highway     Baton Rouge, LA 70805
pla     BR Pig, LLC     5910 Airline Highway     Baton Rouge, LA 70805
dft     Jovita Carranza     U.S. Small Business Administration     409 3rd Street SW     Washington, DC 20416
ust     Office of U. S. Trustee     300 Fannin St., Suite 3196     Shreveport, LA 71101

TOTAL: 9