**IT IS SO ORDERED.**

Dated: 20 May, 2020 06:14 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AREWAY ACQUISTION, INC., *et al.*, | ) | Case No. 20-11065-jps |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Jessica E. Price Smith |
| ─────────────────────────── | ) | |
| | ) | |
| AREWAY ACQUISTION, INC., and | ) | |
| CROWN METAL FINISHING, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No. 20-01037-jps |
| | ) | |
| The U.S. SMALL BUSINESS | ) | |
| ADMINISTRATION and JOVITA CORRANZA, | ) | |
| solely as the Administrator of the U.S. Small | ) | |
| Business Administration, | ) | |
| Defendants. | ) | |
| ─────────────────────────── | ) | |

**ORDER DENYING MOTION OF DEBTORS FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

This cause is before the Court on the Motion of the Debtors for Temporary Restraining Order and/or Preliminary Injunction. A hearing was held in this matter on May 12, 2020. For those reasons stated on the record and for good cause shown, the Motion is hereby DENIED.

###

Submitted by:

JOSEPH H. HUNT
Assistant Attorney General

JUSTIN HERDMAN
United States Attorney

SUZANA K. KOCH
Assistant U.S. Attorney
United States Attorney's Office
801 West Superior Avenue, Suite 400
Cleveland, OH 44113

/s/ Marc S. Sacks
RUTH A. HARVEY
MARGARET M. NEWELL
MARC S. SACKS
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-1104
Fax (202) 514-9163
marcus.s.sacks@usdoj.gov

## SERVICE INSTRUCTIONS TO THE CLERK

Please serve the following with copies of the foregoing Order, via the court's Electronic Case Filing System on the U.S. Trustee and these entities and individuals who are listed on the court's Electronic Mail Notice List:

Jeffrey M. Levinson on behalf of Plaintiffs at jml@jml-legal.com

Marc Sacks on behalf of Defendant at marcus.s.sacks@usdoj.gov

Suzana Koch on behalf of Defendant at suzana.koch@usdoj.gov

James W. Ehrman on behalf of Proposed Counsel for the Official Committee of Unsecured Creditors at jwe@weadvocate.net

Robert M. Stefancin on behalf of Proposed Counsel for the Official Committee of Unsecured Creditors at rms@weadvocate.net

Kate M. Bradley on behalf of the U.S. Trustee at kate.m.bradley@usdoj.gov