UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COSI, INC., *et al.*, | ) | Case No.  20-10417 (BLS) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| COSI, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 20-50591 |
| | ) | |
| THE U.S. SMALL BUSINESS ADMINISTRATION, AND JOVITA CORRANZA, AS ADMINISTRATOR OF THE U.S. SMALL BUSINESS ADMINISTRATION, | ) ) ) ) ) ) | Re:  Adv. Docket Nos. 3, 15 |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of the above-captioned Debtors' Motion for a Temporary Restraining Order and/or Preliminary Injunction (the "Motion") [Adv. Docket No. 3] and the Opposition thereto filed by the Small Business Administration [Adv. Docket No. 15]; and following a hearing held on April 30, 2020; it is hereby

**ORDERED**, that the Motion is Denied for the reasons stated by the Court at the hearing.

Dated: Wilmington, Delaware
May 14, 2020

Brendan Linehan Shannon
United States Bankruptcy Judge