### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | : | CASE No.: **19-017896** (**EAG**) |
| **ORGANIC POWER, LLC.** | : | |
| Debtor(s) | : | Chapter 11 |
| | : | |
| **ORGANIC POWER, LLC.** | : | |
| Plaintiff(s) | : | Adv. Proc. No.: **20-00055** (**EAG**) |
| | : | |
| v. | : | |
| The U.S. Small Business Administration and Jovita Carranza, solely as the Administrator of the U.S. Small Business Administration, | | |
| Defendant(s) | : | |
| | : | |

### **EXHIBIT LIST**

**COMES NOW, ORGANIC POWER, LLC.,** through its undersigned counsel, respectfully states and prays:

1. On May 20, 2020, the Court set Pre-Trial Conference for June 22, 2020. The Court also ordered parties to conclude discovery by June 9, 2020. *Dkt.* 37

2. On the same Order, the Court gave the parties until June 12, 2020 to exchange evidence in preparation for the Pre-Trial Conference.

3. In compliance with the Court's Order in *Dkt.* 37, we present our exhibit and witness list with said exhibits attached to this document.

| PLF ID (LTR) | DEF ID (NO.) | EXHIBIT LTR/NO. | JOINT EXHIBIT | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| A | | | | SBA Borrower Form |
| B | | | | SBA. Lender Form |
| C | | | | SBA Interim Final Rule 13 CFR 121 |
| D | | | | SBA Interim Final Rule 13 CFR 120 |
| E | | | | SBA Interim Final Rule May 24, 2020 |
| F | | | | SBA Interim Final Rule Additional Eligibility Criteria |
| G | | | | Miguel Pérez Unsworn Statement 24-Apr-2020 |
| H | | | | Miguel Pérez Unsworn Statement 6-May-2020 |
| I | | | | SBA SOP 50 10 5(k) |
| J | | | | Motion Requesting Entry of Order Bkt. Case 17-03134 |
| K | | | | SBA Loan Authorization and Agreement |
| | | | | |
| | | | | |
| | | | | |

## WITNESS LIST

| PLF ID (LTR) | DEF ID (NO.) | EXHIBIT LTR/NO. | JOINT EXHIBIT | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| | | | | |
| L | | | | Miguel Pérez, President, Organic Power, LLC. |

4. Organic Power reserves the right to add any document or witness their exhibit and witness list due to the SBA's reluctance to produce one single document during discovery, nor answers to the complaint or interrogatories. Any such evidence or witnesses will be disclosed prior to trial.

5. In the event that additional documents or witnesses were to appear by our own discovery or investigation, we reserve the right to supplement our exhibit and witness with the additional documents and witnesses.

6. OP also reserves the right to utilize any exhibit, document or witness in SBA's exhibit and

witness list.

7. Additionally, OP reserves the right to present additional witnesses and documents for rebuttal purposes.

Respectfully submitted on this 12th day of June, 2020.

/s/ RAFAEL GONZÁLEZ VALIENTE
USDC-PR 225209
Email: rgv@g-glawpr.com

**Godreau & González, LLC.**
PO Box 9024176
San Juan, PR 00902-4176
Tel. (787) 726-0077